May 9, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

BEN CAVIL, Appellant

NO. 14-12-01122-CV                                    V.

FV-1 TRUST FOR STANLEY MORTGAGE CAPITAL HOLDINGS, LLC,
Appellee

_____

 Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 25, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

 We further order that all costs incurred by reason of this appeal be paid by appellant, Ben Cavil.

 We further order this decision certified below for observance.